David Karl Gross, ABA #9611065
Leila R. Kimbrell, ABA #0611110
Birch Horton Bittner & Cherot
1127 W. Seventh Avenue
Anchorage, AK  99501
Telephone:   907.276.1550
Facsimile:    907.276.3680

John E.D. Powell, WSBA #12941
Admitted Pro Hac Vice
Jed Powell & Associates, PLLC
7525 Pioneer Way, #101
Gig Harbor, WA  98335
Telephone:   253.561.8791
Facsimile:    253.858-9747

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COPPER RIVER SEAFOODS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>CHUBB CUSTOM INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 3:16-cv-00039 (TMB) |

## CORPORATE DISCLOSURE STATEMENT

Copper River Seafoods, Inc. ("Copper River") submits this disclosure pursuant to Fed. R. Civ. P. 7.1.  Copper River has no parent corporation and no publicly-held corporation owns more than 10 percent of Copper River's stock.

COPPER RIVER SEAFOODS V. CHUBB INSURANCE    CASE NO. 3:16-CV-00039 (TMB)
CORPORATE DISCLOSURE STATEMENT    PAGE 1 OF 2
F:\506636\65\00499384.DOCX

Case 3:16-cv-00039-TMB   Document 9   Filed 02/18/16   Page 1 of 2

DATED this __18th__ day of February, 2016.

                                                        BIRCH HORTON BITTNER & CHEROT

By:    /s/ David Karl Gross
       David Karl Gross, ABA #9611065
       Birch Horton Bittner & Cherot
       1127 W. Seventh Avenue
       Anchorage, AK 99501
       Telephone: 907.276.1550
       Facsimile: 907.276.3680
       dgross@bhb.com

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

COPPER RIVER SEAFOODS V. CHUBB INSURANCE         CASE NO. 3:16-CV-00039 (TMB)
CORPORATE DISCLOSURE STATEMENT         PAGE 2 OF 2
F:\506636\65\00499384.DOCX
Case 3:16-cv-00039-TMB   Document 9   Filed 02/18/16   Page 2 of 2